**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>A. DAVID COPPERTHITE<br>UNITED STATES MAGISTRATE JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0946<br>MDD_ADCChambers@mdd.uscourts.gov |

January 19, 2022

LETTER TO COUNSEL

    Re:  *Tamekia Goffe v. Target Corporation*
         Civil No. ADC-21-2610

Dear Counsel:

    The above-referenced case was referred to me for all proceedings, including trial and the entry of a final judgment, pursuant to 28 U.S.C. § 636(c) and Local Rule 301 by consent of the parties. Please note that my initials, as listed above, should be used on all further filings with the Court.

    The Scheduling Order entered by Judge Hollander (ECF 27) will govern this case. As you proceed with discovery, please feel free to contact my chambers if I may be of assistance. Please see the standing order concerning discovery procedures for additional guidance. After the resolution of any dispositive pretrial motions, I will contact you regarding a trial date and related scheduling, if appropriate at that time.

    In addition, I note that the parties have not requested a referral to another Magistrate Judge for a settlement conference. I would suggest that **if you are interested in a settlement conference at any time in this case**, **you request one now** given that settlement conferences before Magistrate Judges are being scheduled several months in advance. Accordingly, please advise me by joint letter by **February 2, 2022** whether the parties would like a referral for a settlement conference.

    Despite the informal nature of this letter, it will constitute an Order of the court and will be docketed accordingly.

                                                        Very truly yours,

                                                        /s/

                                                        A. David Copperthite
                                                        United States Magistrate Judge